NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERT GREEN, JR.,       )
                                       )
       Appellant,         )
                                       )
v.                             )       Case No. 2D17-4900
                                       )
STATE OF FLORIDA,      )
                                       )
       Appellee.          )
_____)

Opinion filed April 18, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Michelle Sisco,
Judge.

Robert Green, Jr., pro se.

PER CURIAM.

       Affirmed.  See Carbajal v. State, 75 So. 3d 258 (Fla. 2011); Tingley v.

State, 549 So. 2d 649 (Fla. 1989); Tucker v. State, 459 So. 2d 306 (Fla. 1984); State v.

King, 426 So. 2d 12 (Fla. 1982); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009);

Henry v. State, 933 So. 2d 28 (Fla. 2d DCA 2006); Steward v. State, 931 So. 2d 133

(Fla. 2d DCA 2006); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Brown v.

State, 827 So. 2d 1054 (Fla. 2d DCA 2002); Desmond v. State, 576 So. 2d 743 (Fla. 2d

DCA 1991); Budd v. State, 477 So. 2d 52 (Fla. 2d DCA 1985); McMillan v. State, 832

So. 2d 946 (Fla. 5th DCA 2002); Hart v. State, 761 So. 2d 334 (Fla. 4th DCA 1998).

SILBERMAN, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.